**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PAREDES-SERRANO, | No. C 14-02229 EJD (PR) |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| I.C.E., et al., | |
| Respondents. | |

On May 14, 2014, Petitioner, an alien awaiting removal, filed a petition for a writ of habeas corpus in pro se pursuant to 28 U.S.C. § 2241.[1] On the same day, the Clerk of the Court notified Petitioner that he had failed to pay the filing fee or file a complete In Forma Pauperis Application and that he needed to do so within twenty-eight days or his case would be dismissed. (Docket No. 3.) The deadline has since passed, and Petitioner has failed to respond. Accordingly, this case is **DISMISSED** without prejudice for failure to pay the filing fee.

DATED: 6/30/2014

EDWARD J. DAVILA
United States District Judge

---

[1] This matter was reassigned to this Court after Petitioner failed to consent to proceed before the assigned magistrate judgment. (See Docket No. 4.)

Order of Dismissal
P:\PRO-SE\EJD\HC.14\02229Paredes-Serrano_dism-ifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE PAREDES-SERRANO,

        Petitioner,

  v.

I.C.E., et al.,

        Respondent.

Case Number: CV14-02229 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/1/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Paredes-Serrano #4904040
Sacramento County Jail - Rio Cosumnes Correctional Center
12500 Bruceville Rd.
Elk Grove, CA 95757

Dated: 7/1/2014

                                Richard W. Wieking, Clerk
                          /s/ By: Elizabeth Garcia, Deputy Clerk