IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PAREDES-SERRANO,<br><br>    Petitioner,<br><br>  v.<br><br>I.C.E., et al.,<br><br>    Respondents. | No. C 14-02229 EJD (PR)<br><br>ORDER DENYING MOTION FOR EMERGENCY RESTRAINING ORDER; INSTRUCTIONS TO CLERK<br><br><br><br>(Docket No. 9) |

On July 1, 2014, the Court dismissed this case without prejudice for failure to pay the filing fee. A judgment of dismissal without prejudice was entered. On the same day, Petitioner filed a motion for an emergency restraining order. (Docket No. 9.) Because the matter is closed, this Court has no jurisdiction to issue such an order. Accordingly, the motion is DENIED.

On July 23, 2014, Petitioner filed a letter stating that he never received notice that the filing fee was due in this matter, and requesting a copy of the court's form complaint and In Form Pauperis Application. (Docket No. 10.) The request is GRANTED. The Clerk shall send Petitioner two copies of the requested forms.

To the extent that Petitioner is seeking reconsideration of the Court's Order of Dismissal, Petitioner is advised that reopening this action would be futile. It appears

Order Denying Motion
P:\PRO-SE\EJD\HC.14\02229Paredes-Serrano_motion.wpd

that he is challenging a deportation order entered after he pleaded guilty to criminal charges. The REAL ID Act of 2005, makes the United States Court of Appeals the "sole" judicial body able to review challenges to final orders of deportation, exclusion, or removal. Alvarez-Barajas v. Gonzales, 418 F.3d 1050, 1052 (9th Cir. 2005) (citing REAL ID Act, Pub.L. No. 109-13, 119 Stat. 231, § 106(a)). Because Petitioner appears to be challenging an order of removal, this court lacks jurisdiction over his action. Petitioner's sole avenue for relief is to file a petition for review in the United States Court of Appeals for the Ninth Circuit, which he appears to have already done. (Pet. at 4.)

This order terminates Docket No. 9.

DATED:  8/12/2014

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE PAREDES SERRANO,

        Petitioner,

  v.

I.C.E., et al.,

        Defendants.

Case Number: CV14-02229 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 8/12/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Paredes-Serrano #4904040
Sacramento County Jail - Rio Cosumnes Correctional Center
12500 Bruceville Rd.
Elk Grove, CA 95757

Dated: 8/12/2014

                                  Richard W. Wieking, Clerk
                                  /s/By: Elizabeth Garcia, Deputy Clerk